No. 91–6076. BELTRAN-LOPEZ *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Espinosa* v. *Florida, ante,* p. 1079.